JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   derek.owens@usdoj.gov

Attorneys for the United States of America

**RECEIVED**

MAR 1 2 2009

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Submitting Counsel are directed to serve this order upon all other parties in this action

**FILED**

MAR 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOFFRE CHEN, <br><br> Defendant. | No. CR 97-00059 SI <br><br> **MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Indictment pending against JOFFRE CHEN without prejudice.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3-11-09

BRIAN J. STRETCH
Assistant United States Attorney

//

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 97-00059 SI

1  The Court hereby grants leave to dismiss the above Indictment against JOFFRE CHEN
2  without prejudice.
3
4
5  DATED: 3/1/09

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 97-00059 SI